# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

v.

**Criminal Action No.
5:07-CR-428 (DEP)**

**JOHN MURTARI,**

                    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Information No. 5:07-CR-428 against John Murtari, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:  <u>In the interests of justice</u>

With respect to this dismissal, defendant (check one):

\_\_ Consents

\_\_ Objects

_X_ Has not been consulted

This dismissal is without prejudice.

                                      GLENN T. SUDDABY
                                      United States Attorney

By:   Ransom R. Reynolds
       Assistant U.S. Attorney
       Bar Roll No. 512035

Leave of court is granted for the filing of the foregoing dismissal.

Dated:    March/3, 2008
               Syracuse, New York    Hon. David E. Peebles
                                            United States District Court Judge